Form clsnodsc – ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−12875−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James J Pron                                                 Jeanette K Pron
   20 Swan Street, A 17                           20 Swan Street, A 17
   Trenton, NJ 08611                              Trenton, NJ 08611

Social Security No.:
   xxx−xx−1987                                          xxx−xx−3801

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

    You are hereby notified that the above−named case will be closed without entry of discharge on or after August 26, 2019 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 26, 2019
JAN: vpm

                                                                                  Jeanne Naughton
                                                                                  Clerk