**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James J Pron | Social Security number or ITIN  xxx–xx–1987 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jeanette K Pron | Social Security number or ITIN  xxx–xx–3801 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   14–12875–MBK

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   James J Pron                       Jeanette K Pron

   8/21/19                         **By the court:** Michael B. Kaplan
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-12875-MBK
James J Pron                                                              Chapter 13
Jeanette K Pron
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3           Date Rcvd: Aug 21, 2019
                               Form ID: 3180W           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
```
db/jdb         +James J Pron,    Jeanette K Pron,    20 Swan Street, A 17,    Trenton, NJ 08611-1632
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court:   Credit Acceptance Corporation,    25505 West 12 Mile Road,
                Southfield, MI  48034)
cr             +Ice House Condominium Association, Inc.,    c/o Cutolo Mandel LLC,    151 Highway 33 East,
                Suite 204,    Manalapan, NJ 07726-8635
cr             +PennyMac Corp. by PennyMac Loan Services, LLC, its,    Stern & Eisenberg, PC,
                1040 North Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
516774461       HSBC Bank,    Select Portfolio Servicing,    POB 65250,    Salt Lake City, UT  84165-0250
516710217      +HSBC Bank USA, N.A.,    Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                SaIt Lake City UT 84165-02SO 84165-0250
516702638      +HSBC Bank USA, N.A., as Trustee on behalf of the c,    3217 S Decker Lake Drive,
                Salt Lake City, UT 84119-3284
514532107      +Homeward Residential,    1525 S Beltline,    Coppell, TX 75019-4913
514619132      +Ice House Condominium Association, Inc.,    c/o Cutolo Mandel LLC,
                151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
514532112      +Officer Kenneth J McClelland,    Mercer County Special Civil Part,    P.O. Box 905,
                Trenton, NJ 08605-0905
514639343      +PENNYMAC LOAN SERVICES, LLC,    c/o Aldridge Connors, LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
514532113      +PennyMac Loan Services, LLC,    6101 Condor Drive, Ste 300,    Moorpark, CA 93021-2602
514532111     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:   NJ Division Of Taxation,    P.O. Box 245,    Trenton, NJ  08646-0245)
514532118      +The Ice House @ 20 Swan Street,    C/O CutoloMandel LLC,    151 Highway 33 East, Ste 204,
                Manalapan, NJ 07726-8635
515990874      +U.S. Bank Cust Pro Cap III, LLC,    Gary Zeitz,    1101 Laurel Oak Rd,    Ste 170,
                Voorhees, NJ 08043-4381
514532124      +Wf/wb,    Po Box 3117,    Winston Salem, NC 27102-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 23:56:12      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 23:56:09      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr              E-mail/Text: krivera@leadersfc.com Aug 21 2019 23:54:00      Leaders Financial Company,
                21 Commerce Drive,    Cranford, NJ  07016
514532092      +EDI: MERRICKBANK.COM Aug 22 2019 03:38:00      Advanta Bank Corp,    Po Box 31032,
                Tampa, FL 33631-3032
514854562       EDI: MERRICKBANK.COM Aug 22 2019 03:38:00      Advanta Bank Corporation,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
514736043       EDI: AIS.COM Aug 22 2019 03:38:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK  73124-8838
514567010      +EDI: ACCE.COM Aug 22 2019 03:38:00      Asset Acceptance LLC,    Po Box 2036,
                Warren MI 48090-2036
514532093      +EDI: ACCE.COM Aug 22 2019 03:38:00      Asset Acceptance Llc,    Po Box 1630,
                Warren, MI 48090-1630
514532094       EDI: BANKAMER.COM Aug 22 2019 03:38:00      Bank Of America,    Po Box 982235,
                El Paso, TX  79998
514532096       EDI: BANKAMER.COM Aug 22 2019 03:38:00      Bank Of America, N.a.,    4161 Piedmont Pkwy,
                Greensboro, NC  27410
514532095      +EDI: BANKAMER.COM Aug 22 2019 03:38:00      Bank Of America,    P.O. Box 5170,
                Simi Valley, CA 93062-5170
514532097      +EDI: CHASE.COM Aug 22 2019 03:38:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514532099      +EDI: CITICORP.COM Aug 22 2019 03:38:00      Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
514532098      +EDI: CITICORP.COM Aug 22 2019 03:38:00      Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
514532100      +EDI: WFNNB.COM Aug 22 2019 03:38:00      Comenity Bank/express,    4590 E Broad St,
                Columbus, OH 43213-1301
514532101      +EDI: WFNNB.COM Aug 22 2019 03:38:00      Comenity Bank/vctrssec,    220 W Schrock Rd,
                Westerville, OH 43081-2873
514552556       EDI: DISCOVER.COM Aug 22 2019 03:38:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
514532103      +EDI: DISCOVER.COM Aug 22 2019 03:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
514532105      +EDI: RMSC.COM Aug 22 2019 03:38:00      Gecrb/gapdc,    Po Box 965005,    Orlando, FL 32896-5005
514532106      +EDI: RMSC.COM Aug 22 2019 03:38:00      Gecrb/lord & Tay,    Po Box 965015,
                Orlando, FL 32896-5015
514568147       EDI: IRS.COM Aug 22 2019 03:38:00      IRS,    POB 7346,    Philadelphia, PA  19101-7346
514532109      +E-mail/Text: bncnotices@becket-lee.com Aug 21 2019 23:55:25      Kohls/chase,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
514532110      +EDI: TSYS2.COM Aug 22 2019 03:38:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
514532114      +EDI: SEARS.COM Aug 22 2019 03:38:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
```

```
District/off: 0312-3              User: admin                Page 2 of 3                  Date Rcvd: Aug 21, 2019
                                  Form ID: 3180W             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514532115         E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2019 23:56:57
                  Select Portfolio Servicing Inc,    P.O. Box 65250,    Salt Lake City, UT  84165-0250
514532117        +EDI: WTRRNBANK.COM Aug 22 2019 03:38:00      Td Bank Usa/targetcred,    Po Box 673,
                  Minneapolis, MN 55440-0673
514532119        +EDI: VERIZONCOMB.COM Aug 22 2019 03:38:00      Verizon,   500 Technology Dr Ste 30,
                  Weldon Spring, MO 63304-2225
514532120        +EDI: VERIZONCOMB.COM Aug 22 2019 03:38:00      Verizon Wirelss,    2000 Corporate Dr,
                  Orangeburg, NY 10962-2624
514532121        +EDI: TSYS2.COM Aug 22 2019 03:38:00      Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
514532122        +EDI: WFFC.COM Aug 22 2019 03:38:00      Wells Fargo Bank,    Po Box 14517,
                  Des Moines, IA 50306-3517
514532123        +EDI: WFFC.COM Aug 22 2019 03:38:00      Wf / Wb Rec,    Po Box 84712,
                  Sioux Falls, SD 57118-4712
                                                                                                TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              +Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
514532102*      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                  (address filed with court: Credit Acceptance,    25505 W 12 Mile,    Southfield, MI  48034)
514532104*       +Discover Fin Svcs LLC,    P.O. Box 15316,    Wilmington, DE 19850-5316
514532108*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
514802634*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                    PO Box 245,   Trenton, NJ 08695-0245)
514532116*       +Select Portfolio Servicing Inc,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                            TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo  (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               HSBC Bank USA, N.A., as Trustee on behalf of the holders of Deutsche Bank Alt-A Securities
               Mortgage Loan Trust, Mortgage Pass Through Certificat bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of the
               holders of Deutsche Bank Alt-A Securities Mortgage Loan Trust, Mortgage Pass Through
               Certificates, Series 2007-AR2 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of the
               holders of Deutsche Bank Alt-A Securities Mortgage Loan Trust, Mortgage Pass Through
               Certificates, Series 2007-AR2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Ice House Condominium Association, Inc.
               hcutolo@cutololaw.com
              John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Company ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust Pro Cap III, LLC lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              R. A. Lebron    on behalf of Creditor    PENNYMAC CORP. bankruptcy@feinsuch.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Aug 21, 2019
                              Form ID: 3180W           Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Scott E. Kaplan    on behalf of Debtor James J Pron scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com

          Scott E. Kaplan    on behalf of Joint Debtor Jeanette K Pron scott@sekaplanlaw.com, felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com

          Sean M. O'Brien    on behalf of Creditor   HSBC Bank USA, N.A., as Trustee on behalf of the holders of Deutsche Bank Alt-A Securities Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-AR2 DMcDonough@flwlaw.com

          Steven K. Eisenberg    on behalf of Creditor    PennyMac Corp. by PennyMac Loan Services, LLC, its servicing agent bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

          TOTAL: 15